IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 FEB 10 PM 2:11
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Civil Action No. 20-CV-03686-GPG

Carina Gonzalez
Plaintiff(s),

v. Englewood Lock and Safe
Tom Gallegos (owner)
Sheila Gallegos (owner)
Defendant(s).

MOTION FOR/TO restrict

I would like to restrict all documents to be reviewed by the judge only. Due to the nature of this civil action and what has taken place against me, I am concerned for my privacy and further retaliation as we move forward. I am seeking justice for the illegal acts carried out against me as a woman and feel unsafe and uncomfortable exposing details on such a large public arena via internet.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule

Dated at ___February___, ____, this _9th_ day _2021_, __.

# CERTIFICATE OF SERVICE

I hereby certify that on **February 9th, 2021**,

I sent a copy of the **Motion to restrict**

to the following parties in the way described below each party's name:

Party Name: **Englewood Lock and Safe**
How Served: **Clerk of Courts**
Party Attorney's Name: **Gary M Kramer**
Address: **4310 S. Broadway**
**Englewood, CO 80113**
Telephone Number: **303-789-2568**
Email Address: **tom.gallegos@englewoodlock.com**

Party Name: _____
How Served: _____
Party Attorney's Name: _____
Address: _____
_____
Telephone Number: _____
Email Address: _____

(Signature of person completing service)
Print Name: **Carina Gonzalez**
Address: **PO Box 1073**
**Denver, CO 80201**
Telephone Number: **Unlisted due to privacy concerns**
Email Address: **Unlisted due to privacy concerns**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03686-GPG
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

CARINA M. GONZALEZ,

    Plaintiff,

v.

ENGLEWOOD LOCK AND SAFE,
TOM GALLEGOS (owner),
SHEILA GALLEGOS (owner),

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted to the court *pro se* an Employment Discrimination Complaint (ECF No. 1)[1] and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined the documents are deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) \_\_\_ is not submitted
(2) \_\_\_ is missing affidavit
(3) \_\_\_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: <u>Plaintiff must clarify whether her monthly income is $1414.30 or $1900.77.   Plaintiff must list her monthly expenses in Section 8.   If any amounts are zero she must enter "0" rather than leave the entry blank.   She must complete section 12.   In the alternative, Plaintiff may pay the $402 filing fee.</u>

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) ___ is not on proper form (must use the court's Employment Discrimination Complaint form)
(13) xx is missing an original signature in Section G. on page 5
(14) ___ is missing page nos. ___
(15) ___ uses 'et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) xx other: <u>Plaintiff must state supporting facts under Claim One.   Plaintiff must complete Section F. Request for Relief by stating what form of relief she is asking for (for example, monetary damages or injunctive relief).</u>

**Plaintiff is informed that she may choose to contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.** Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Employment Discrimination Complaint form and Application to Proceed in District Court Without

Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov.   Plaintiff shall complete all sections of the forms.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED December 17, 2020.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Scanned by
US Marshal

