IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03686-GPG

CARINA M. GONZALEZ,

    Plaintiff,

v.

ENGLEWOOD LOCK AND SAFE,
TOM GALLEGOS (owner),
SHEILA GALLEGOS (owner),

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion For/To Restrict (ECF No. 9) is DENIED for failure to comply with Rule 7.2 of the Local Civil Rules of the District of Colorado and for failure to demonstrate public access should be restricted.

DATED February 18, 2021