In the United States District Court
For the District of Colorado

Civil Action No: 1:20-cv-03686-SKC

Canna M. Gonzalez
Plaintiff

V.

Englewood Lock and Safe Inc.
Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JAN 20 PM 1:58

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

## Motion for extension of time and continuance

Your Honor and opposing counsel,

I am respectfully requesting an additional timeframe to provide and respond to Discovery proceedings. Due to continued health issues that I am diligently working to remedy with my medical team, I've felt unwell and unable to respond to Mr. Gary Kramer's Discovery documents and adequately revise my Initial Disclosures (26a). I also work for the biggest retailer and have had to conserve what energy I have had towards mandatory holiday overtime. I was able to review my first draft with the FPSC - my Discovery document to the Defendant on November 30, 2021 and was understandably given the advanced notice that their resources are limited around the holidays due to being a volunteer-based organization. I do believe through process of exclusion that me and my healthcare providers are on the road to wellness and recovery from a very challenging web of health issues. May I please have an additional 30 days to work with Mr. Kramer in our discovery process? Mr. Kramer and I have had limited correspondence and phone conversations regarding my case due to my time and

health limitations, which look to improve in the near future.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a)?

Dated at Denver, Colorado this 20th day of January, 2022.

Carina Gonzalez (pro se)
PO Box 1073
Denver, CO 80201
Phone number unlisted for privacy
Email unlisted for privacy

## Certificate of Service

I hereby certify that on January 20th, 2022 I sent a copy of the motion for extension of time and continuance to the following parties in the way described below each party's name:

Party name: Gary M. Kramer
How served: emailed
Address: 1465 Kelly Johnson Blvd, Suite 210
         Colorado Springs, CO 80920
Phone: (719) 694-2783
Email: gary@garykramerlaw.com